UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES DAWSON,

    Plaintiff,

v.                                      Case No. 3:24cv379-MCR-HTC

JENNIFER FRYDRYCHOWICZ,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 22, 2024 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§

1915(e)(2)(B)(iii) and 1915A(b)(2), because the Defendant is immune from liability.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv379-MCR-HTC